# Dahiya Law Offices LLC
75 Maiden Lane Suite 506, New York, NY 10038
Tel (212)766-8000; Fax (212)766-8001

September 3, 2013

Robert A. Gavin, Jr.
Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza
Brooklyn, New York 11201

In re Nishan Singh – Case No. 13-45101-NHL

Chapter 7

Dear Mr. Gavin,

    This Court set a deadline for the Debtor, Nishan Singh, to file paystubs by September 3, 2013.  Mr. Singh's employer does not provide him with paystubs.  Please find attached a letter from Mr. Singh's employer, Crown Fried Chicken, explaining how much Mr. Singh makes per week.

    Sincerely,

    /s/Karamvir Dahiya

    _____

    Karamvir Dahiya, Esq.

CC:  VIA Email
United States Trustee
USTPRegion02.BR.ECF@usdoj.giv

Paul Krohn
Paul.krohn@7trustee.net