

# Crown Fried Chicken

**456 Sutter Ave., Brooklyn, NY, 11212**

July 31, 2013

To Whom it May concern:

    Mr. Nishan Singh start work in our company in October 2011 as a cashier.  He is earning $320 weekly. Nishan is a hard worker and very responsible person.  Mr. Nishan Singh has a good international and customer service skills.
    If I can provide any further assistance do not hesitate to contact me at (646)379-8844.


Sincerely, *[signature]*
Mr. Darvinder Singh